UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINDO GUZMAN JR. and MAHOGANY GUZMAN, Plaintiffs, v. JAGUAR LAND ROVER NORTH AMERICA, LLC and DOES 1–50, Defendants. | Case No.: 3:25-cv-2043-CAB-JAC **ORDER GRANTING MOTION TO AMEND** [Doc. No. 13] |

Plaintiffs Armindo Guzman Jr. and Mahogany Guzman filed several claims against Defendant Jaguar Land Rover North America, LLC ("Defendant") in California state court related to a used 2020 Land Rover Range Rover Sport HSE they purchased. [Doc. No. 1-3 at 7.] On August 8, 2025, Defendant removed the case to this Court, [Doc. No. 1], and filed an answer, [Doc. No. 3.] Before the Court is Defendant's motion to file an amended answer to Plaintiffs' complaint. [Doc. No. 13.] Plaintiffs have not filed an opposition to this motion.

A "court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). Courts apply this policy with "extreme liberality." *Eminence Cap., LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003). Five factors are commonly used to assess the propriety of granting leave to amend: (1) bad faith, (2) undue delay, (3) prejudice to the opposing party, (4) futility of amendment, and (5) whether the party has previously amended the pleading. *Allen v. City of Beverly Hills*, 911 F.2d 367, 373 (9th Cir. 1990); *Foman v. Davis*, 371 U.S. 178, 182 (1962). In conducting this five-factor analysis, the Court must grant all inferences in favor of allowing amendment. *Griggs v. Pace Am. Grp., Inc.*, 170 F.3d 877, 880 (9th Cir. 1999).

Defendant seeks to amend its answer to include an affirmative defense for statute of limitations under Code of Civil Procedure §§ 312, et seq., Code of Civil Procedure §§ 871.21, et seq., and Cal. Com. Code § 2725(2). [Doc. No. 13 at 2.] There is no indication of undue delay, bad faith, prejudice, or futility in this amendment. This is Defendant's first motion to file an amended pleading.

Having considered Defendant's motion and the remainder of the record, the Court **GRANTS** the motion. [Doc. No. 13.] Defendant shall file the amended answer **within three days** of the date of this Order.

It is **SO ORDERED**.

Dated: August 7, 2026

Hon. Cathy Ann Bencivengo
United States District Judge